IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

DONALD WHITE, JR.,

    Plaintiff,

v.

RODNEY SHUMATE, BRIAN EWERT, J. GATES, and JOHN and JANE DOE 1-20,

    Defendants.

Case No. 15-CV-05019-MKD

ORDER GRANTING STIPULATED MOTION AND ORDER OF DISMISSAL

The parties have agreed to a settlement of this case, and stipulated that the court order this case dismissed with prejudice, each party to bear their own costs. ECF No. 36. The parties previously stipulated to the magistrate judge's jurisdiction. ECF No. 24.

**IT IS SO ORDERED:**

The case is dismissed with prejudice. The District Court Executive shall enter judgment of dismissal, provide copies to the parties, and **close** the file.

DATED this 21st day of January, 2016.

                *S/ Mary K. Dimke*
                MARY K. DIMKE
                UNITED STATES MAGISTRATE JUDGE